IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM R. REDSHAW,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) Civil Action No. 12-190J<br>) |
| | ) Judge Kim R. Gibson/ |
| DR. PILLAI, Resident Psychiatrist; MS. BELL, Unit Manager; MRS. WILLIAMS, Unit Counselor,<br>    Defendants. | ) Magistrate Judge Maureen P. Kelly<br>)<br>)<br>)<br>) |

**ORDER**

AND NOW, this 18th day of July, 2013, after the Plaintiff, William R. Redshaw, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until July 8, 2013 to file written objections thereto, and no objections having been filed to the report and recommendation, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss or in the Alternative for Judgment on the Pleadings [21] is granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 319 Washington Street, Penn Traffic Building, Johnstown, PA 15901, within thirty (30) days.

                _____
                KIM R. GIBSON
                United States District Judge

cc:     Honorable Maureen P. Kelly
        United States Magistrate Judge

        William R. Redshaw
        KL-6467
        SCI Somerset
        1600 Walters Mill Road
        Somerset, PA  15510