IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM R. REDSHAW,<br>　　　　　Plaintiff,<br><br>vs.<br><br>DR. PILLAI, Resident Psychiatrist; MS. BELL, Unit Manager; MRS. WILLIAMS, Unit Counselor,<br>　　　　　Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 12-190J<br> ) <br> ) Judge Kim R. Gibson/<br> ) Magistrate Judge Maureen P. Kelly<br> ) <br> ) <br> ) |

## ORDER

AND NOW, this 18th day of July, 2013, after the Plaintiff, William R. Redshaw, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until July 8, 2013 to file written objections thereto, and no objections having been filed to the report and recommendation, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss or in the Alternative for Judgment on the Pleadings [21] is granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 319 Washington Street, Penn Traffic Building, Johnstown, PA 15901, within thirty (30) days.

　　　　　　　　　　　　　　　　　　　　　　／s／ Kim R. Gibson
　　　　　　　　　　　　　　　　　　　　　　KIM R. GIBSON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

William R. Redshaw
KL-6467
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510